**FILED**
FEB 05 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE REINHARD
MAGISTRATE JUDGE JOHNSTON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 19 CR 50006 |
| vs. ) | Violation: Title 18, United States Code, Section 39A |
| BRENTON WELLS ) | |

The MAY 2018 GRAND JURY charges:

On or about December 6, 2018, at Rockford, Illinois, in the Northern District of Illinois, Western Division,

BRENTON WELLS,

defendant herein, knowingly aimed the beam of a laser pointer at an aircraft and at the flight path of an aircraft in the special aircraft jurisdiction of the United States;

In violation of Title 18, United States Code, Section 39A.

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY