# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Western Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                         Case No.: 3:19−cr−50006
                                           Honorable Philip G. Reinhard

Brenton Wells
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 8, 2019:

MINUTE entry before the Honorable Iain D. Johnston as to Brenton Wells (1): Initial Appearance and Arraignment held on 2/8/2019. Attorney Jill Tranel appears as counsel for the defendant. Indictment received, reviewed and formal reading waived. Defendant enters a plea of not guilty to Count 1 as to Brenton Wells (1). The defendant's rights are explained on the record and he understands the nature of the charges. Government does not seek detention. The defendant is released on a $4500 OCR bond. Order setting conditions of release to enter. Federal defender Jill Tranel is assigned as counsel for the defendant. Defendant's oral motion for extension of time is granted. Government's oral motion to exclude time from 2/8/2019 to 4/4/2019 is granted. Status hearing set for 4/4/2019 at 11:00 AM. X−T Electronic notice (kms)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.