# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Western Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                    Case No.: 3:19–cr–50006
                                                      Honorable Philip G. Reinhard

Brenton Wells

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2019:

        MINUTE entry before the Honorable Philip G. Reinhard as to Brenton Wells: Sentencing hearing held and continued to December 20, 2019 at 10:15 a.m. for decision on reporting date. Defendant's bond conditions stand. The defendant is admonished he cannot return to work without the Probation Officer's authorization. Mailed notice (sb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.